U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION.



WILLIAM J. MORRA, JR.
    PLAINTIFF,

V.                           CASE NO.: _____

TED EDWARDS, JR.
STEINER, GREENE, & FEINER,
    DEFENDANTS,

MOTION FOR NOTICE OF LAWSUIT AMENDED TO 5.5 MILLIONS FOR TIRE EXPLOSION ON SEPT 2, 2021 @ TIRE CO. IN KISS, FL MAJOR DISILLUSION, FROM EXPLOSION, R SHOULDER REPLACEMENT & BRACKET, T.B.I. TRAMATIC BRAIN INJURY, HEARING LOSS TO R EAR. GETTING WORSE, RINGING IN THE EAR, NIGHTMARES OF THE TIRE, EXPLODING. PRESSURE TO FACE, PUSHED INTO THE TOOL CRIB, BY EXCESSIVE PRESSURE, TO WIT PERMANENT DAMAGES, BOTH PHYSICAL & MENTALLY, THIS SUIT BY MR. MORRA, IS IN FACTS ACCUSING TED EDWARDS, JR ON BEHALF OF HIS LAWFIRM ASSOCIATED WITH STEINER, GREENE, & FEINER. MR EDWARDS, COMPROMISED MR MORRA'S RIGHTS RIGHTS TO A FAIR & IMPARTIAL SETTLEMENT, CLOSING THE CASE IN FAVOR OF THE INSURANCE COMPANY. HE SOLD OUT MR MORRA WAS A HUGE SETTLEMENT IN HIS FAVOR NOT HIS CLIENT AND HIS BELLIGERANT BEHAVIOUR TOWARDS HIS OWN CLIENT. COMPROMISED FOR MR EDWARDS, ENDED UP WITH THE GOLDMINE, AND MR MORRA GOT THE SHAFT, FUNDAMENTAL ERROR IN ITS ENTIRETY MR TED EDWARDS, ABUSED MR MORRA FOR ALL HIS INJURIES AND FAVORED THE INS. CO. WHOM PAID HIM A TIDY SUM AND $5,001. FOR CLAIM CHANGE, AND A PERMANENT DISABILITIES, MR. MORRA SUSTAINED, DUE TO NO HELP FROM MR EDWARDS. SUING MR. EDWARDS, IN AN OFFICIAL CAPACITY ON BEHALF OF STEINER, GREENE, & FEINER.

U.S. DISTRICT COURT.
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2 OF 2 PAGES

$5.5 MILLION, AND LIFE-TIME BENIFITS ALONG WITH $10,000 A MONTH FOR THE REST OF HIS LIFE, TO WIT, FAMILY PLAN FOR MR MORRA & HIS FAMILY. MR. MORRA IS THE BREAD WINNER OF THE FAMILY. AND HIS DISPUTE, WITH TED EDWARDS, JR. GOT THE GOLDMINE WHILE MR. MORRA. GOT THE SHAFT, UNLAWFULLY BY HIS BAD INTENSIONS TOWARD MR MORRAS BEST INTEREST. MAKE CASHIERS, CHECK OUT FOR $5.5 MILLION IN 30 DAYS $10,000.00 MONTHLY. AND BENEFITS. FOR MR MORRA AND HIS FAMILY. TO SUPPORT, IN GOOD FAITH SHOWN)

SWORN OATH F.S.A. §92.525, (2021)

I WILLIAM J. MORRA JR. IN PROPER PESONA, UNDER PENULTY OF PERJURY, ALL STATEMENTS OR FACTS ARE "TRUE" "CORRECT" "AND" COMPLETE, MR. TED EDWARDS JR DISADVANTAGED MR. MORRA TO "FUNDAMENTAL ERROR" BY UNTRUSTWORTHY ATTORNEY MR TED EWARDS, JR. BLAMES HIS OWN CLIENT FOR HIS GROSS NEGLIGENCES AND HIS DEFICIENT PERFORMANCES. TO HELP MR MORRA, BUT INSTEAD HE MADE A DEAL WITH THE INS. CO TO GOLDMINE FOR HIMSELF WHILE MR MORRA GOT THE SHAFT IN IT ENTIRETY, $5.5 MILLIONS PAYABLE TODAY, $10,000.00 MONTHLY, AND FULL 100% FAMILY PLAN FOR MEDICAL & DENTAL FOR LIFE,

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THE FOREGOING WAS SENT TO CLERK ELIZABETH, CLERK OF COURT. TO FILE THIS LAWSUIT ON BEHALF OF MR MORRA, ON THIS 25TH DAY OF JUNE 2025, ALREADY RECEIVED IN COURT MAILBOX RULE, INVOKED,

RESPECTFULLY SUBMITTED,
William J. Morra Jr
WALTON C.I.
691 INSTITUTION ROAD
DEFUNIAK SPRINGS,
FLORIDA 32433-1850